JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
3467 W. Shaw Ave., Ste 100
Fresno, CA  93711
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Tyler James  Kiehlmeier,<br><br>        Plaintiff,<br><br>   vs.<br><br>Frank Bisignano, COMMISSIONER OF SOCIAL SECURITY[1],<br><br>        Defendant. | Case No. 1:26-cv-01013-KES-FJS<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME TO SERVE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT<br><br>(ECF No. 13) |

Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 58-day extension of time, from April 29, 2026 to June 26, 2026, for Plaintiff to serve on defendant with PLAINTIFF'S MOTION

_____

1 Frank Bisignano became the Commissioner of Social Security on May 7, 2025. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Frank Bisignano should be substituted for Leland Dudek as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

1

FOR SUMMARY JUDGMENT.  All other dates in the Court's Scheduling Order shall be extended accordingly.

This is Plaintiff's first request for an extension of time.  Plaintiff respectfully states that the requested extension is necessary due to several merit briefs being due on the same week.  For the weeks of April 20, 2026, and April 27, 2026, Plaintiff's Counsel has fifteen merit briefs and one reply due. Counsel requires additional time to brief the issues thoroughly for the Court's consideration. Defendant does not oppose the requested extension.  Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

Respectfully submitted,

Dated: April 14, 2026        PENA & BROMBERG, ATTORNEYS AT LAW

By: */s/ Jonathan Omar Pena*
        JONATHAN OMAR PENA
        Attorneys for Plaintiff

Dated: April 14, 2026            ERIC GRANT
                United States Attorney
                MATHEW W. PILE
                Head of Program Litigation 1
                Law & Policy
                Social Security Administration

By:   */s/ Roseanne C. Gillette Lazzarotto*
        Roseanne C. Gillette Lazzarotto
        Special Assistant United States Attorney
        Attorneys for Defendant
        (*As authorized by email on April 14, 2026)

2

<u>ORDER</u>

Pursuant to the parties' stipulation (ECF No. 13) and good cause appearing, Plaintiff shall file and serve Defendant with Plaintiff's motion for summary judgment on or before June 26, 2026.

IT IS SO ORDERED.

Dated:    **April 15, 2026**

_____
FRANK J. SINGER
UNITED STATES MAGISTRATE JUDGE